UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: MANUEL VALDEZ  §  Case No. 11-83488
       SANTA VALDEZ   §
                      §
                      §
        Debtors       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was converted to chapter 13 on <u>10/17/2011</u>.

2) The plan was confirmed on <u>NA</u>.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on <u>NA.</u>

4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>NA.</u>

5) The case was converted on <u>06/05/2012</u>.

6) Number of months from filing or conversion to last payment: <u>7</u>.

7) Number of months case was pending: <u>8</u>.

8) Total value of assets abandoned by court order: <u>NA</u>.

9) Total value of assets exempted: <u>$45,266.00</u>.

10) Amount of unsecured claims discharged without full payment: <u>$0.00</u>.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 3,687.62 | |
| Less amount refunded to debtor | $ 235.38 | |
| **NET RECEIPTS** | | $ 3,452.24 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 160.21 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 196.77 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 356.98 |
| Attorney fees paid and disclosed by debtor: | $ 1,325.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BOHLMAN LAW OFFICES, P.C. | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 160.21 | 0.00 |
| CITIMORTGAGE INC | Uns | 3,700.00 | 211,466.37 | 0.00 | 0.00 | 0.00 |
| HUNTLEY MEADOWS HOA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 62,304.00 | 59,834.27 | 59,834.27 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Sec | 18,584.00 | 16,260.72 | 16,260.72 | 2,608.31 | 486.95 |
| PORTFOLIO RECOVERY | Uns | 949.00 | 1,044.39 | 1,044.39 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 9,530.00 | 9,692.61 | 9,692.61 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 8,115.00 | 8,528.04 | 8,528.04 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 6,712.00 | 7,022.85 | 7,022.85 | 0.00 | 0.00 |
| CHASE BANK USA NA | Uns | 943.00 | 1,075.54 | 1,075.54 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 1,115.00 | 1,363.77 | 1,363.77 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,328.00 | 1,527.04 | 1,527.04 | 0.00 | 0.00 |
| PYOD LLC | Uns | 24,630.00 | 25,796.31 | 25,796.31 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 5,034.00 | 5,659.06 | 5,659.06 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 8,720.00 | 9,164.04 | 9,164.04 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 6,099.00 | 6,422.41 | 6,422.41 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 1,129.00 | 1,300.52 | 1,300.52 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE AS | Uns | 2,229.00 | 2,500.24 | 2,500.24 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY | Uns | 988.00 | 1,190.65 | 1,190.65 | 0.00 | 0.00 |
| GEORGE A MUELLER & | Uns | 3,360.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 896.00 | 239.69 | 239.69 | 0.00 | 0.00 |
| HSBC BEST BUY | Uns | 896.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Uns | 2,197.00 | 2,506.56 | 2,506.56 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 1,070.00 | 1,293.09 | 1,293.09 | 0.00 | 0.00 |
| MACYS / FDSB | Uns | 1,430.00 | NA | NA | 0.00 | 0.00 |
| NBGL - CARSONS | Uns | 1,599.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 862.00 | 977.62 | 977.62 | 0.00 | 0.00 |
| PYOD LLC | Uns | 10,230.00 | 10,684.85 | 10,684.85 | 0.00 | 0.00 |
| VERIZON | Uns | 287.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK | Uns | 2,032.00 | 2,297.63 | 2,297.63 | 0.00 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 522.74 | 522.74 | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 408.32 | 408.32 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 16,260.72 | $ 2,608.31 | $ 486.95 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 16,260.72 | $ 2,608.31 | $ 486.95 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 161,052.24 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 356.98 |
| Disbursements to Creditors | $ 3,095.26 |
| **TOTAL DISBURSEMENTS:** | $ 3,452.24 |

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 06/29/2012           By: /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)